ARTHUR L. KANE, an Infant, by T. JOSEPH KANE, His Guardian ad Litem, Respondent, *v.* WILKINSON MANUFACTURING COMPANY, Appellant.

*Kane* v. *Wilkinson Mfg. Co.*, 128 App. Div. 932, affirmed.
(Argued March 16, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Israel T. Deyo* for appellant.

*Thomas B. Kattell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.